(116 So. 330)

### Lewis SANDERS v. STATE. (7 Div. 804.)

Supreme Court of Alabama. March 29, 1928.

Certiorari to Court of Appeals.

Frank B. Embry, of Pell City, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Lewis Sanders for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sanders v. State, 116 So. 329.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.